UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00081

**Bradley Young,**
*Plaintiff,*

v.

**Portfolio Recovery Associates, LLC,**
*Defendant.*

# ORDER

Plaintiff Bradley Young initiated this action, proceeding pro se, on February 28, 2022. Doc. 1. Thereafter, defendant filed a motion to dismiss. Doc. 12. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation, recommending that defendant's motion to dismiss be granted and that plaintiff's claims be dismissed for lack of subject-matter jurisdiction. Doc. 23. Plaintiff received the court's report and recommendation on May 26, 2022. Doc. 24. Since that time, no objections to the report and recommendation have been filed, and the timeframe for doing so has passed.

The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 23. Defendant's motion to dismiss (Doc. 12) is granted, and plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction.

*So ordered by the court on June 15, 2022.*

J. CAMPBELL BARKER
United States District Judge